UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, ET AL.,

24-cv-3187 (JGK)

ORDER

Petitioners,

- against -

PMM CRANES LLC,

Respondent.

---

JOHN G. KOELTL, District Judge:

On April 29, 2024, the Court ordered the respondent to respond to the petition by May 28, 2024. ECF No. 7. The time to respond is extended to **June 17, 2024**. The time to reply is extended to **June 27, 2024**. If the respondent fails to respond, the Court will decide the motion based on the papers already submitted.

SO ORDERED.

Dated:   New York, New York
         June 3, 2024

_____
John G. Koeltl
United States District Judge