UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, ET AL.,

                Petitioners,                24 **CIVIL** 3187 (JGK)

    -against-                            **JUDGMENT**

PMM CRANES LLC,
                Respondents.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 03, 2024, the petition to confirm the arbitration award is granted and the underlying arbitration award is ordered confirmed. Judgment is hereby entered in favor of the petitioners and against the respondent in the amount of $108,853.94, plus interest from December 14, 2023, the date of the arbitration award, accrued at an annual rate of 10.25% until the date of judgment in the amount of $9,017.73. Petitioners awarded $3,348 in attorney's fees and $115 in costs. Post-judgment interest on the entire amount of the judgment will accrue from the date of the judgment at the rate provided by 28 U.S.C. § 1961(a). The respondent is ordered to submit to an audit of its books and records for the period beginning March 21, 2021, through the present date; accordingly, the case is closed.

**Dated:**  New York, New York
        October 04, 2024

                                            **Daniel Ortiz**
                                        **Acting Clerk of Court**

        **BY:**

                                        **Deputy Clerk**